```
FILED
CLERK, U.S DISTRICT COURT

JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY
```

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
WESLEY L. HSU (Cal. State Bar No. 188015)
Assistant United States Attorney
Deputy Chief, Cyber and
Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-4667/3045
    Facsimile:  (213) 894-0141
    e-mail:     wesley.hsu@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF | CV No. 08-229-GPS(JTL) |
| HYEOK JOO KIM, | [Proposed] ORDER ON STIPULATION TO ELEMENTS OF EXTRADITION |
| A Fugitive from the Government of the Republic of Korea. | |

The fugitive, HYEOK JOO KIM (hereinafter "the fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on January 31, 2008, and having entered into the foregoing stipulation,

IT IS HEREBY FOUND as follows:

1. The fugitive's stipulation to the elements of extradition is intelligent and voluntary.

2. The fugitive is charged in the Republic of Korea with the crimes of Violation of the Act on the Aggravated Punishment,

1  etc., of Specific Economic Crimes (Fraud), Fraud, Attempted Fraud,
2  Fabrication of Private Document, and Exercise of the Fabricated
3  Private Document, and a warrant for his arrest was issued on
4  November 30, 2007, by the Honorable Fernando M. Olguin.
5       3.   All the elements of extradition are met as to each
6  offense, specifically:
7            a.   The undersigned judicial officer, United States
8  Magistrate Judge Jennifer T. Lum, and the court on which that
9  judicial officer sits, have jurisdiction to conduct extradition
10 proceedings.
11           b.   The undersigned judicial officer, United States
12 Magistrate Judge Jennifer T. Lum, and the court on which that
13 judicial officer sits, have jurisdiction over the fugitive.
14           c.   An extradition treaty is in force between the
15 United States of America and the Republic of Korea.
16           d.   The fugitive is sought for offenses for which the
17 applicable treaty permits extradition.
18           e.   The fugitive is the individual who is charged in
19 the Republic of Korea and there is probable cause to believe him
20 guilty of each of the charged offenses.
21      4.   There are no facts that bar the extradition under the
22 extradition treaty of the fugitive.
23      FURTHERMORE, based on the foregoing findings, the
24 undersigned judicial officer HEREBY CERTIFIES THE FUGITIVE'S
25 EXTRADITABILITY and ORDERS that the Clerk of the Court forward
26 this Order to the United States Secretary of State for the
27 issuance of a surrender warrant or such other actions as the
28

Secretary of State may deem appropriate. The Clerk of the Court shall send a certified copy of this Order to:

Katrice Mueller
Law Enforcement and Intelligence
Office of the Legal Advisor
United States Department of State
2201 C Street, N.W.
Room 5419
Washington, D.C. 20520

IT IS SO FOUND AND ORDERED this 31st day of January, 2008.

HON. JENNIFER T. LUM
United States Magistrate Judge

Presented by:

WESLEY L. HSU
Assistant United States Attorney